State of New York
Supreme Court, Appellate Division
Third Judicial Department

Decided and Entered: May 12, 2016                    521510
_____

In the Matter of ROHAN BROWN,
                    Petitioner,

          v
                                              MEMORANDUM AND JUDGMENT
NEW YORK STATE DEPARTMENT OF
    CORRECTIONS AND COMMUNITY
    SUPERVISION et al.,
                    Respondents.
_____

Calendar Date:  March 29, 2016

Before:  Lahtinen, J.P., McCarthy, Lynch, Clark and Aarons, JJ.

_____


        Rohan Brown, Napanoch, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus
Mastracco of counsel), for respondents.

_____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Ulster County) to
review a determination of the Superintendent of Eastern
Correctional Facility finding petitioner guilty of violating
certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding
challenging a determination finding him guilty of possessing
contraband not authorized by the superintendent, possessing an
authorized item that has been altered and tampering with an
electrical device.  Initially, respondents concede, and we agree,
that the misbehavior report did not provide petitioner with
adequate notice with regard to the charges of possessing an
authorized item that has been altered and tampering with an
electrical device.  Accordingly, we annul the determination to

that extent but remittal for a redetermination of the penalty is unnecessary because the penalty has been completed and no loss of good time was imposed (see Matter of Branch v Annucci, 133 AD3d 942, 943 [2015]; Matter of Macedonio v Fischer, 116 AD3d 1313, 1313 [2014).  Turning to the remaining charge, the misbehavior report noting the numerous items of contraband discovered in petitioner's cell and petitioner's testimony provide substantial evidence to support the finding that petitioner possessed contraband (see Matter of Macedonio v Fischer, 116 AD3d at 1313).

Lahtinen, J.P., McCarthy, Lynch, Clark and Aarons, JJ., concur.

ADJUDGED that the determination is modified, without costs, by annulling so much thereof as found petitioner guilty of possessing an authorized item that has been altered and tampering with an electrical device; petition granted to that extent and the Superintendent of Eastern Correctional Facility is directed to expunge all references to those charges from petitioner's institutional record; and, as so modified, confirmed.

ENTER:

Robert D. Mayberger
Clerk of the Court